IN THE UNITED STATES BANKRUPTCY COURT
For the NORTHERN DISTRICT of CALIFORNIA
OAKLAND DIVISION

| | | |
|---|---|---|
| In re:<br>Lorena Ceja<br><br>Debtor(s) | )<br>)<br>)<br>)<br>) | Chapter: 13<br><br>REQUEST FOR SPECIAL NOTICE<br>Case Number: 09-44489<br>[No Hearing Required] |

TO THE CLERK:

    The undersigned attorneys for:
    HSBC BANK NEVADA, N.A.
        GOTTSCHALKS

a creditor of the above referenced debtor.

    Pursuant to the provisions of the Bankruptcy Code and Bankruptcy Rule 2002:

    REQUEST IS HEREBY MADE that HSBC BANK NEVADA, N.A. be given and served with all notices given or required to be given in the case as follows:

    HSBC BANK NEVADA, N.A.
    Bass & Associates, P.C.
    3936 E. Ft. Lowell Road, Suite #200
    Tucson, AZ 85712

    Accordingly, the undersigned attorney further requests that the foregoing name and address be added to the Master Mailing List.

Dated: 06/10/09
Account Number: ****************7342

Respectfully submitted,
Bass & Associates, P.C.

By: /s/ Patti H. Bass (AZ 016849)
    Attorneys for Creditor
    HSBC BANK NEVADA, N.A.
    3936 E Ft Lowell Rd Suite 200
    Tucson, AZ 85712-1083
    (520) 577-1544
    ecf@bass-associates.com