**LAW OFFICES OF LES ZIEVE**
LES ZIEVE, ESQ. #123319
MATTHEW D. TOKARZ, ESQ. #225024
**18377 Beach Blvd. Suite 210**
**Huntington Beach, CA 92648**
**(714) 848-7920**
**(714) 848-7650 Fax**

Counsel for Secured Creditor,
California Housing Finance Agency

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ) | Case No. 09-44489 |
| ) | |
| Armando and Lorena Ceja, ) | Chapter 13 |
| ) | |
| Debtors. ) | **REQUEST FOR SPECIAL NOTICE** |
| ) | |
| _____ ) | |

**TO THE CLERK OF THE COURT, THE U.S. TRUSTEE, DEBTOR AND THE ATTORNEYS OF RECORD HEREIN:**

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rules 2002 and 9007 and 11 U.S.C. §§ 102(1) and 1109 (b), California Housing Finance Agency, a Creditor in the above-referenced case, hereby requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to the Creditor, at the following address, and to LES ZIEVE, ESQ., at the following office and address and that the following counsel for California Housing Finance Agency, be included on the master mailing list:

**CALIFORNIA HOUSING FINANCE AGENCY**
c/o Les Zieve, Esq.
**LAW OFFICES OF LES ZIEVE**
**18377 Beach Blvd., Suite 210**
**Huntington Beach, CA 92648**
**Telephone: (714) 848-7920**
**Fax Number: (714) 848-7650**
**bankruptcy@zievelaw.com**

The foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, requests, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which affect or seek to affect in any way right or interests of the Debtor.

DATED: October 18, 2010,

Respectfully submitted,

LAW OFFICES OF LES ZIEVE

/s/ Les Zieve
_____
By: LES ZIEVE
Counsel for Secured Creditor,
California Housing Finance Agency