**LAW OFFICES OF LES ZIEVE**
**LES ZIEVE, ESQ. #123319**
**MATTHEW D. TOKARZ, ESQ. #225024**
**18377 Beach Blvd. Suite 210**
**Huntington Beach, CA 92648**
**(714) 848-7920**
**(714) 848-7650 Fax**

Counsel for Movant

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Armando Romero and Lorena Ceja,<br>                Debtor(s).<br>_____<br><br>California Housing Finance Agency, its assignees and/or successors in interest,<br><br>                Movant,<br><br>vs.<br><br>Armando Romero and Lorena Ceja, Martha G. Bronitsky, Trustee,<br><br>                Respondents.<br><br>_____ | Case No. 09-44489<br><br>R.S. #LAZ77040<br><br>CHAPTER 13<br><br>**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>**Hearing:**<br><br>Date:   March 2, 2011<br>Time:  1:30 p.m.<br>Place:  Courtroom 201<br>          U.S. Bankruptcy Court<br>          1300 Clay Streetakland, CA |

      California Housing Finance Agency, its assignees and/or successors in interest, moves the Court for relief from the automatic stay provided by 11 U.S.C. §362 as in moving party and the Trustee under the Deed of Trust securing Movant's claim so that Movant and its Trustee may commence and continue all acts necessary to foreclose under the Deed of Trust secured by the Debtors' property.

//

//

This Motion is brought pursuant to 11 U.S.C. §362 (d)(1) for "cause" for the Debtors' failure to make required post-petition payments as set forth in the Declaration of Rhonda Barrow, filed concurrently herewith. A set for In re Ellis, 60 B. R. 432, the failure to make required payments constitutes "cause" to vacate the stay.

Furthermore, Movant will also seek attorney fees and costs incurred in bringing this Motion. Movant requests such fees pursuant to the terms of the Note and Deed of Trust as set forth in 11 U.S.C. § 506(b). Movant also seeks all other relief that the Court deems just and appropriate.

This Motion is based on these moving papers as well as the Declaration of Rhonda Barrow and the exhibits attached thereto, which have been served and filed concurrently herewith.

In the event neither the Debtors nor their counsel appear at the hearing on this Motion, the Court may grant relief from the automatic stay thereby permitting Movant to foreclose on the Debtors' real property located at 1403 Compaglia Circle, Brentwood, California and obtain possession of said property without further hearing. Lastly, Movant prays that the court waive the 14 day waiting period set forth in FRBP 4001(a)(3).

Movant prays that they may be permitted to offer and provide Debtors with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and to enter into such agreement with. Movant also prays that the 14 day stay set forth in FRBP 4001 (a)(3) be waived.

DATED: February 3, 2011      **LAW OFFICES OF LES ZIEVE**

/s/ Les Zieve
———————————————
LES ZIEVE
Counsel for Movant