```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 09-44489 RE |
| **ARMANDO ROMERO and LORENA CEJA,** | Chapter 13 |
|              **Debtors.** | **DEBTORS' OPPOSITION TO TRUSTEE'S MOTION TO DISMISS CASE AND REQUEST FOR HEARING** |
| _____/ | |

    Debtors, Armando Romero and Lorena Ceja ("Debtors"), hereby oppose the Trustee's Motion to Dismiss their Case and Request a Hearing be set on the matter in July 2014. Debtors have sent in the remaining funds to make their case feasible and it should be received by the Trustee's office before the hearing in July 2014.

Dated: June 2, 2014             /s/ Anne Y. Shiau
                                                   ANNE Y. SHIAU
                                                   Attorney for Debtors